**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-6906**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WINSTON LEONARD COLLINS,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-89-48)

―――――――――――

Submitted:  November 7, 1996       Decided:  November 19, 1996

―――――――――――

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Winston Leonard Collins, Appellant Pro Se.  David T. Maguire, Assistant United States Attorney, Roscoe Conklin Howard, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his FED. R. CRIM. P. 41(e) motion for the return of seized property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Collins</u>, No. CR-89-48 (E.D. Va. May 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2